IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHARLES E. GRIFFIN II, H-77636,

    Plaintiff.

_____

No. C 16-1156 CRB (PR)

ORDER OF DISMISSAL

(Dkt. #5 & 10)

    On March 9, 2016, the clerk filed as a new prisoner action a document titled "Violation Warning" from plaintiff complaining of inadequate medical care and other wrongdoing in state prison. On that same date, the court notified plaintiff in writing that the action was deficient because he did not file an actual complaint or pay the requisite filing fee or, instead, submit a signed and completed court-approved in forma pauperis application. Plaintiff was advised that failure to file the requested items within 28 days would result in dismissal of the action.

    Plaintiff instead has filed various responses explaining that he did not intend his original submission to be filed as a new civil action in this court. Good cause appearing, the case is DISMISSED without prejudice. The clerk is instructed to close this matter as improvidently opened and terminate all pending motions (see dkt. #5 & 10) as moot. No filing fee is due.

SO ORDERED.

DATED: 4/1/2016

                                              CHARLES R. BREYER
                                              United States District Judge

G:\PRO-SE\CRB\CR.16\Griffin, C.16-1156.dismiss.wpd